Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
03/12/2009 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2009-006816                                    03/11/2009

CLERK OF THE COURT

HONORABLE A. CRAIG BLAKEY II                J. Rutledge
                                                          Deputy

NU HORIZON GROUP, et al.               NU HORIZON GROUP
                                                    2736 W CEDARWOOD LN
                                                    PHOENIX AZ  85045

v.

AURORA LOAN SERVICES L L C          AURORA LOAN SERVICES L L C
                                                    C/O ASHLEY MCAULIFFE
                                                    2338 WEST ROYAL PALM SUITE J
                                                    PHOENIX AZ  85021


                                                    CAL WESTERN CONVEYANCE
                                                    2394 EAST CAMELBACK RD
                                                    PHOENIX AZ  85019


MOTION GRANTED

The Court is in receipt of Plaintiff's *Application for Ex-Parte Restraining Order* filed March 2, 2009.

Apparently, last week, a foreclosure sale was supposed to take place with respect Plaintiff's residence.  However, the sale did not take place.

Now, Plaintiff apparently seeks an application to prevent any future sale until proper procedures have been followed (e.g., providing Plaintiff with notice of foreclosure sale).

The Court finds that Plaintiff has provided proof of service that the statutory agent for the Defendant has received a copy of the previous motion for exparte restraining order and that the current application is essentially the same request.  Finding that Plaintiff's prayer for relief is reasonable,

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2009-006816                                    03/11/2009

IT IS ORDERED granting the Application for Temporary Restraining Order.

IT IS FURTHER ORDERED setting this matter for a Telephonic Status Conference on **March 25, 2009 at 9:15 a.m. (allotted time: 15 minutes)** to discuss the status of the case and whether or not an evidentiary hearing is necessary.

**HONORABLE A. CRAIG BLAKEY, II**
**MARICOPA COUNTY SUPERIOR COURT**
**CENTRAL COURT BUILDING**
**201 W. JEFFERSON**
**4TH FLOOR, COURTROOM 401**
**PHOENIX, AZ 85003**
**602-506-7806**

**NOTE:**  Plaintiff is to initiate the telephonic conference by first arranging the presence of all other counsel or self-represented parties on the conference call and by calling this division (602-506-7806) at the scheduled time.

EXHIBIT A
PAGE 2 OF 28

MICHAEL K. JEANES. CLERK
BY
DEP
FILED
09 MAR 10 AM 11: 39

1 | NU HORIZON GROUP,
a Texas Limited
2 | Partnership
2736 WEST Cedarwood Lane
3 | Phoenix, AZ 85045
(602) 301-3896
4

5 | **SUPERIOR COURT OF ARIZONA**
**IN AND FOR COUNTY OF MARICOPA**
6

7 | NU HORIZON GROUP: a Texas Limited ) Case No.: CV 2009-006816
)
8 | Partnership :Steven :Lewis, :Tamara ) PROOF OF SERVICE
)
9 | -K:Lewis Husband and Wife, )
)
10 |             Plaintiff, )
)
11 |       vs. )
)
12 | AURORA LOAN SERVICES, LLC, and DOES 1to10,
Inclusive
13
|             Defendant
14

15

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18
16
years and not a party to the within action. My business address is 2081 NORTH Arizona
17
Avenue Suite 124, Chandler, Arizona 85225.
18

19
On March 5, 2009, at 2:00pm, I served the foregoing documents described as Motion for
20
EX-PARTE, RESTRAINING ORDER, NOTICE OF COMPLAINT FOR DAMAGES TO QUIET TITLE AND TO
21
CANCEL DEED OF TRUST on the interested parties in the this action,
22

23
[x] by handing a stapled and true copy to Ashley McAuliffe, Statutory agent for AURORA
24
LOAN SERVIES, LLC, and DOES 1to10, Inclusive.
25
As follows:
26
            2338 WEST Royal Palm Road Suite J, Phoenix, Arizona 85021
27
28 | [x] I declare under the penalty of perjury under the laws of the state of Arizona that
the foregoing is true and correct.

[**Summary of pleading**] - 1

EXHIBIT A
PAGE 3 OF 28

1  Executed on March 5, 2009, at Phoenix, Arizona

2

3

4  Dated this March 5, 2009

5

6

7                                                    Faith Stephanie Lewis        03/05/09

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Summary of pleading] - 2

FOR CLERK'S USE ONLY
BY MICHAEL K. JEANES, CLERK
FILED
09 MAR -2  AM 10: 52

Name:
Address:
City, State, Zip Code:
Telephone:
In this case I am the:

AUTHORIZON GROUP a Texas Limited Partnership
2736 as Cedarwood ln
Phoenix Arizona 8845
602-301-3896
☑ Plaintiff/Petitioner  ☐ Defendant/Respondent

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

NU HORRON GROUP
a Texas Limited Partnership
Steven Lewis, Tamara K Lewis

Plaintiff/Petitioner

Case Number: CV 2009-006816

AURORA LOAN Services llc
and DOES 1 to 10, inclusive

Defendant/Respondent

Title: APPlication
for Ex-Parte
Restraining Order

We're asking for an Emergency temporary Restraining order
injoining a fraudulent foreclosure sale.
Restraining order to be converted to permanent
injunction pending resolution of this case.
Defendent Never served Plaintiff regarding
foreclosure sale. Ask Defendant to produce
proof of serve and could & did not do so.
Found out about sale Friday afternoon.
Need restraining order to stop sale today
until Plaintiff has proper time to seek
counsel and prepared due to not being served
by defendant at all. Asking Court to please
grant me time needed.

EXHIBIT A
PAGE 5 OF 28

## This page must be completed and attached to the last page of your motion/request.

Case No. _____

☑ I have filed the ORIGINAL of the attached document(s) on $\underline{feb\ 27}$,
200__ with the Clerk of the Superior Court of Arizona in Maricopa County.
　　　　　　　　　　　　　　　　　Month　　　　Day

☐ I have mailed/delivered a COPY of the attached document(s) on _____ ____,
200__ to Judge _____.
　　　　　　　(The Judge assigned to your case)
　　　　　　　　　　　　　　　　　Month　　　Day

☐ I have mailed/delivered a COPY of the attached document(s) on _____,
200__ to:
　　　　　　　　　　　　　　　　　Month　　　Day

*(You must mail a copy of all documents to the other side and his/her lawyer)*

_____　_____
Name of Other Side　　　　　　　　　　Name of Other Side's Lawyer

_____　_____
Address　　　　　　　　　　　　　　Lawyer's Address

_____　_____
City, State, Zip　　　　　　　　　　　City, State, Zip

**By signing below, I promise that I have filed/mailed the attached document(s) as shown above. I understand that if I do not file/mail the attached document(s) as shown above, the judge in my case will not read my request/motion.**

_____
Your signature

© SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY
November 7, 2007
All rights reserved

GN10f
USE CURRENT VERSION

Page 2 of 2

NU HORIZON GROUP,
a Texas Limited Partnership
2736 WEST Cedarwood Lane
Phoenix, AZ 85045
(602) 301-3896

MICHAEL K. JEANES
Clerk of the Superior Court
By JULIETA GARCIA, Deputy
Date 02/27/2009 Time 05:03 PM
Description        Qty      Amount
--------    CASE# CV2009-006816 --------
COM NO TRIAL FEE     001      286.00 (D)
02 PRO PER
DEFERRAL APP FEE     001       26.00 (D)
02 PRO PER
----------------------------------------
TOTAL AMOUNT                   312.00
DEFERRED/WAIVED AMOUNT         312.00
AMOUNT PAID                      0.00
Receipt# 00010705152
(D)eferred Fee- (W)aived Fee

CV200⁹

SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR MARICOPA COUNTY

| | |
|---|---|
| NU HORIZON GROUP, a Texas Limited partnership<br>:Steven :Lewis, :Tamara -K:Lewis, husband & wife )<br>Plaintiffs )<br> )<br>v. )<br> )<br>AURORA LOAN SERVICES, LLC, and DOES 1 to )<br>10, Inclusive, )<br> )<br>Defendants. )<br>_____ ) | CASE NO. CV2009-006816<br><br>COMPLAINT FOR DAMAGES<br>TO QUIET TITLE AND TO<br>CANCEL DEED OF TRUST |

COMES NOW, Plaintiffs NU HORIZON GROUP, a Texas Limited Partnership, :Steven :Lewis

and :Tamara -K:Lewis, husband and wife, and by this verified complaint allege as follows:

## GENERAL ALLEGATIONS

1.  Plaintiff NU HORIZON GROUP (hereinafter sometimes referred to as "Plaintiff" or

"NU HORIZON") at all times relevant to this Complaint, is a Limited Partnership, organized and

existing under the laws of the State of Texas, which holding title and interest in and to the real

property commonly known as 2736 Cedarwood Lane, Phoenix, Arizona 85045, legally described

as:

Lot 89, FOOTHILLS RESERVE PARCEL D, according to Book 569 of Maps, Page 39,

records of Maricopa County, Arizona.

Said Interest was acquired by way of a Warranty Deed from, which Deed was recorded with the

Maricopa County Recorder's Office on June 16, 2008 as Instrument No. 2008-0531098 (a true

copy of said instrument is attached hereto and incorporated by reference as "Exhibit A").

2. :Steven :Lewis and :Tamara-K: Lewis, husband and wife, are, and at al times herein mentioned were, residents of Maricopa County, Arizona with a principal address located at 2736 Cedarwood Lane, Phoenix, Arizona 85045

3. Defendant AURORA LOAN SERVICE, LLC is a limited liability company organized and existing under the laws of the State of Colorado.

4. The true names and capacities, whether individual, corporate, associate or otherwise, of defendants named herein as DOES I through 10, inclusive, are unknown to Plaintiffs, who therefore sue said defendants by such fictitious names. Plaintiffs will amend this Complaint when same have been ascertained.

5. Plaintiff is informed and believes and based upon such, information and belief alleges that all Defendants sued herein as DOE Defendants are in some manner responsible for the acts herein alleged or have an interest in and to the Property so as to make them a proper party Defendant with respect to in the within action.  For convenience, reference to a named Defendant herein shall include reference to the DOE Defendants, and each of them.

6. At all times herein mentioned, Plaintiff is informed and believes and based upon such information and belief alleges that at all times herein mentioned each of the Defendants were the agents, servants, and/or employees of each of the other Defendants, and in doing the acts herein alleged, as acting within the course and scope of an agent, servant, and/or employee and with the knowledge and consent of each of the other defendants.

7. Plaintiff is informed and believes, and based thereon alleges, that on or about July, 2008, a Notice of Trustees Sale was recorded in the office of the Recorder of Maricopa County, Arizona evidencing a Trustee's Sale date of September 11, 2008, pursuant to instructions from the Defendant.

8. Plaintiff', at no time subsequent the execution of the Warranty Deed dated February 27, 200, did Plaintiff execute any instrument conveying title or an interest in the real property hereinabove described to Defendant.

9. Plaintiff is informed and believes and thereon alleges that the Defendant claim an

Page 2 of 5

1  interest in and to the real property hereinabove described adverse the interest of the Plaintiff.

2  The claim of Defendant si without any right whatsoever, and said Defendant has no lawful or

3  equitable right, claim, or interest in said property.

4                              FIRST CAUSE OF ACTION
                                    [QUIET TITLE]
5

6        10.  Plaintiff re-alleges and incorporates by reference each and every allegation set froth

7  in paragraphs 1 through 9 of this Complaint as if fully set forth herein.

8        11.  Plaintiff is informed and believes, and based thereon alleges, that DOES 1 through

9  10, and each of them, claim an interest in the Property adverse to the interest of Plaintiffs as

10  successors or assignees of other defendants, and real parties in interest.

11       12.  The claims of the real parties in interest, and each of them, are without any legal

12  right whatever, and such real parties in interest have no right, title, estate, lien, or interest, in the

13  Property because the underlying foreclosure proceeding is void and ineffective to convey title to

14  the Property.

15       13.  Plaintiffs name as defendants in this action all persons and parties unknown

16  claiming:

17              (a) any legal or equitable right, title, estate, lien, or interest in the Subject Property

18  described in the complain adverse to Plaintiff's title; or

19              (b) any cloud on Plaintiff's title to the Subject Property.

20  The claim of each unknown defendant is without any right, an these defendants have no right,

21  title, estate, lien, or interest in the Property or any part thereof.

22       14.  An actual controversy has arisen and now exists between Plaintiff, on the one hand,

23  and the real parties in interest, and each of them , on the other hand, concerning who has legal

24  title to the Property.  Plaintiff desires and is entitled to a judicial declaration quieting title as of

25  February 27, 2008, the date of the acquisition of title by the Plaintiffs.

26       15.  Unless the relief requested herein is granted, Plaintiff will suffer immediate and

27  irreparable injury, for which there is no other adequate remedy at law.

28                                  Page 3 of 5

SECOND CAUSE OF ACTION
[INJUNCTIVE RELIEF]

16. Plaintiff incorporates by reference paragraphs 1-15, inclusive, as if fully set forth herin.

17. Defendants, and each of them, has wrongfully threatened to interfere with plaintiffs' use of the property and in particular, threatened to foreclose and evict plaintiff from the property.

18. Defendants' wrongful threat to interfere, unless and until restrained by order of this court, will cause great and irreparable injury to Plaintiffs, in that Plaintiffs will be deprived of their quiet use and enjoyment of their property.

19. Plaintiffs have no adequate remedy at law for the threatened conduct of the defendants, and each of them, in that it would be impossible for Plaintiffs to determine the precise amount of damages Plaintiff would suffer if the defendants' conduct, and each of them, is not restrained and Plaintiffs would be deprived of the use and enjoyment of the property which cannot be compensated in damages.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief against defendants, and each of them, as follows:

ON THE FIRST CAUSE OF ACTION:

    a)    General Damages in the amount of $500,000.00; and

    b)    Exemplary damages according to proof.

ON THE SECOND CAUSE OF ACTION:

    a)    For an order declaring that defendant does not hold any right or title to the property;

    b)    For an order enjoining the Defendant from conducting a Trustee's Sale pending the final determination of this action

ON EACH AND EVERY CAUSE OF ACTION:

    a)    For costs of suit incurred herein; and

    b)    For such other and further relief as the court considers just and proper.

Page 4 of 5

Dated: February 27, 2009

NU HORIZON GROUP
By: Tamara K: Lewis, General Partner

:Steven :Lewis, an individual

:Tamara-K: Lewis, an individual

## VERIFICATION

We, Steven Lewis and Tamara Lewis, are the Plaintiffs in this proceeding. We have read the foregoing Complaint. We are informed and thereon believe and allege the matters stated in it are true, and of our own knowledge.

We declare under the penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

Dated: February 27, 2009

:Steven :Lewis

:Tamara-K :Lewis

Page 5 of 5

MICHAEL K. JEANES, CLERK
BY *G. Dancia* DEP
FILED

NAME: NU HORIZON GROUP a Texas Limited Partnership

ADDRESS: 2736 WEST Cedarwood Ln

·09 FEB 27 PM 5:00

CITY, STATE, ZIP: Phoenix, AZ 85045

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

NU HORIZON GROUP a Texas Limited Partnership )
:Steven :LEWIS, Tamara K:Lewis, husband )
+ wife )

PLAINTIFF,

vs.

AURORA LOAN SERVICES, LLC, and Does )
1 to 10, Inclusive )

DEFENDANT.

)
)
)
)
)
)
)
)
)
)
)

CV 2009-006816

NO. _____

**CERTIFICATE OF
COMPULSORY
ARBITRATION**

The undersigned certifies that the largest award sought by the

complainant, including punitive damages, but excluding interest,

attorneys' fees, and costs **does / does not** exceed limits set by

Local Rule for compulsory arbitration. This case is / **is not**

subject to the Uniform Rules of Procedure for Arbitration.

SUBMITTED this 27 day of Feb , 2009 .

BY : _____

Form #200  LRD 3/20/01  ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County

MICHAEL K. JEANES. CLERK
BY
_G. Dancia_
DEP
FILED

**09 FEB 27 PM 5:05**

FOR CLERK'S USE ONLY

**Name of Person Filing:** Nu Horizon Group a Texas Limited Partnership
**Address:** 3926 E. Cedarwood Lan
**City, State, Zip Code:** Phoenix AZ 85048
**Day/Evening Telephone:** 602-305-3896
**In this case I am a:** ☑ Petitioner ☐ Respondent

## SUPERIOR COURT OF ARIZONA
### IN MARICOPA COUNTY

Nu Horizon Group,
a Texas Limited Partnership
Steven Lewis, Tomarra-K Lewis
Name of Plaintiff or Petitioner

Case Number: **CV2009-006816**

Aurora Loan Servicing llC
and Does 1 to 10 inclusive
Name of Defendant or Respondent

Title: Application
for Ex-Parte
Restraining Order

(The section below must be written to explain your request - what you want the judge to order if he/she grants your request (or Motion). If the judge agrees with your request, he/she will sign the attached Order or issue a "minute entry" noting his/her decision.)

TEMPORARY RESTRAINING Order injoining
a fraudulent foreclosure sale.
Restraining Order to be converted
to a Permanent injunction pending
Resolution of this case.

Today's Date: 2-2709 Your Signature: _Steven K. Lewis_

© SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY
November 7, 2007
All rights reserved

GN10f
USE CURRENT VERSION

EXHIBIT A
PAGE 18 OF 28



# This page must be completed and attached to the last page of your motion/request.

Case No. _____

☑ I have filed the ORIGINAL of the attached document(s) on feb 27 ,
200__         Month         Day
with the Clerk of the Superior Court of Arizona in Maricopa County.

☐ I have mailed/delivered a COPY of the attached document(s) on _____ _____ ,
                                                              Month       Day
200__ to Judge _____ .
              *(The Judge assigned to your case)*

☐ I have mailed/delivered a COPY of the attached document(s) on _____ _____ ,
                                                              Month       Day
. 200__ to:

*(You must mail a copy of all documents to the other side and his/her lawyer)*

_____          _____
Name of Other Side                          Name of Other Side's Lawyer

_____          _____
Address                                     Lawyer's Address

_____          _____
City, State, Zip                            City, State, Zip

**By signing below, I promise that I have filed/mailed the attached document(s) as
shown above. I understand that if I do not file/mail the attached document(s) as
shown above, the judge in my case will not read my request/motion.**

_____
Your signature

© SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY
November 7, 2007
All rights reserved

GN10f
USE CURRENT VERSION

Page 2 of 2

Name of Person Filing Document: NU HORIZON GROUP : Steven : Lewis and :Tamara-K.lewis
Your Address: 223 west Cedarwood lane
Your City, State, and Zip Code: Phoenix, Arizona 85045
Your Telephone Number: 602-801-3896
Attorney Bar Number (if applicable): _____
Representing ☑ Self (Without an Attorney) OR
☐ Attorney for ☐ Petitioner ☐ Respondent

**FILED**
FEB 27 2009 PM 5:01
**MICHAEL K. JEANES, Clerk**
By_____Garcia
Deputy

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

NU Horizon Group a Limited Partnership
:Steven : Lewis, :Tamara-K.lewis
_____ Husband +
Name of Petitioner/Plaintiff         wife

AURORA LOAN SERVICING LLC, and
DOES 1 to 10, inclusive
_____
Name of Respondent/Defendant

Case Number: **CV2009-006816**

## APPLICATION FOR DEFERRAL
## OF COURT FEES AND/OR COSTS
## AND
## CONSENT TO ENTRY OF JUDGMENT

**STATE OF ARIZONA**      )
                          ) ss
**COUNTY OF MARICOPA**    )

---

**IMPORTANT**

This *"Application for Deferral of Court Fees and/or Costs"* includes a *"Consent to Entry of Judgment."* By signing this Consent, you agree a judgment may be entered against you for all fees and costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment. At the conclusion of the case you will receive a Notice of Court Fees and Costs Due indicating how much is owed and what step you must take to avoid a judgment against you if you are still unable to pay. Addition details about this process are discussed in the **"Consent to Entry of Judgment"** Section of this Application.

---

**STATEMENTS MADE TO THE COURT UNDER OATH OR AFFIRMATION.** I swear or affirm that the information in this application is true and correct. I make this statement under the penalty of prosecution for perjury if it is determined that I did not tell the truth.

**I am requesting a deferral of the following fees and/or costs in my case:**

☒ Any or all of the following: All filing fees, fees for the issuance of either a summons and subpoena, or fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

 ☒ Fees for service of process by a sheriff, marshal, constable or local law enforcement agency (fill out separate affidavit form).

 ☒ Fees for service by publication (fill out separate affidavit form).

☒ Filing fees and photocopy fees for the preparation of the record on appeal.

Court reporter's fees of reporters or transcribers employed by the court for the preparation of the transcript.

**The basis for the request is:**

1. ☒ **WAIVER: I am permanently unable to pay.** My income and liquid assets are insufficient or barely sufficient to meet the daily essentials of life and unlikely to change in the foreseeable future.

---

© Superior Court of Arizona in Maricopa County
August 13, 2007
ALL RIGHTS RESERVED
**ADW**

Page 1 of 4

GNF11f
Use current form

Case No. _____

**2.** ☑ **DEFERRAL:**

**A.** ☑ I receive governmental assistance from the state/federal program(s) marked below:
☐ Temporary Assistance to Needy Families (TANF)        ☑ Food Stamps
☐ Supplemental Security Income (SSI)                          ☐ General Assistance (GA)

If you marked either boxes 1 or 2A, you must complete the Financial Questionnaire. You **MUST** sign in front of the court clerk, if completed in person or a notary public if submitted by mail or a third party. Please be prepared to submit proof that you receive governmental assistance. If you are submitting this application by mail or a third party, please attach a photocopy of that proof.

OR

**B.** ☑ My income is insufficient or is barely sufficient to meet the daily essentials of life, and includes no allotment that could be budgeted for the fees and costs that are required to gain access to the court.

NOTE: To determine whether income is insufficient or barely sufficient, the court will review your income and expenses. Among the factors the court may consider are:
1. Whether your gross income as computed on a monthly basis is 150% or less of the current federal poverty level. Gross monthly income includes your share of community property income if available to you.
2. If your income is greater than 150% of the poverty level, but you have proof of extraordinary expenses (including medical expenses and costs of care for elderly or disabled family members) or other expenses that the court finds are extraordinary that reduce your gross monthly income to at or below 150% of the poverty level.

OR

**C.** ☑ I do not have the money to pay court filing fees and/or costs now. I can pay the filing fees and/or costs at a later date. Explain. _No Income As of Now_

If you checked either boxes 2B or 2C, you must complete the Financial Questionnaire. You must sign this application in front of the court clerk or a notary public, if submitted by mail or a third party.

**FINANCIAL QUESTIONNAIRE**

**SUPPORT RESPONSIBILITIES:** List all persons you support (including those you pay child support and/or spousal maintenance/support for):

| NAME | RELATIONSHIP |
|------|-------------|
| Faith Lewis | daughter |
| DaQuan Lewis | son |
| Kaleb Lewis | son |
| Grace Welsh | mother |

**STATEMENT OF INCOME AND EXPENSES**

**ASSISTANCE:** I receive assistance from:
☑ Arizona Health Care Cost Containment System (AHCCCS)
☐ Arizona Long Term Care System (ALTCS)
☐ Other (explain): _____

**MONTHLY INCOME:** My monthly income is:
Monthly gross income:                                    $ 1,000
Employer name: Nu Horizon Group
Employer address: 2236 W. Cedar Wood Ln Phoenix, Az 85045

© Superior Court of Arizona in Maricopa County
August 13, 2007
ALL RIGHTS RESERVED
ADW

GNF11f
Use current form

Case No. _____

Employed since (month/year):_____

Other current monthly income, including spousal
maintenance/support, retirement, rental, interest, pensions,
scholarships, grants, royalties, lottery winnings
(explain amount and source):                                      $——Ø——

_____

_____

My spouse's monthly gross income (if available to me):           $——Ø——

**TOTAL MONTHLY INCOME:**                                        $ 1,500

**MONTHLY EXPENSES AND DEBTS:** My monthly expenses and debts are:

| | PAYMENT AMOUNT | LOAN BALANCE |
|---|---|---|
| Rent/Mortgage payment | $ ___Ø___ | $ ___Ø___ |
| Car Payment | $ ___Ø___ | $ ___ |
| Credit Card Payments | $ ___Ø___ | $ ___ |
| Explain: | | |
| Other payments & debts | $ ___Ø___ | $ ___ |
| Explain: | | |
| Food/Household supplies | $ ___100___ | |
| Utilities/Telephone | $ ___500___ | |
| Clothing | $ ___Ø___ | |
| Medical/Dental/Drugs | $ ___Ø___ | |
| Health Insurance | $ ___Ø___ | |
| Nursing care | $ ___Ø___ | |
| Laundry | $ ___Ø___ | |
| Child Support | $ ___Ø___ | |
| Child Care | $ ___Ø___ | |
| Spousal Maintenance | $ ___Ø___ | |
| Car Insurance | $ ___ | |
| Gasoline/Bus Fare | $ ___250___ | |
| Contributions to Employer or Other Retirement Account | $ ___Ø50___ | |

**TOTAL MONTHLY PAYMENTS**                                       $ ___850___

**STATEMENT OF ASSETS:** List only those assets available to you and accessible without financial penalty. Equity is defined as market value minus any liens or loans.

**ESTIMATED VALUE**

| | |
|---|---|
| Cash and Bank Accounts | $ ___-120___ |
| Credit Union Accounts | $ ___Ø___ |
| Equity in: | $ ___Ø___ |
| 1. Home | $ ___Ø___ |
| 2. Other property | $ ___Ø___ |
| 3. Cars/other vehicles | $ ___Ø___ |
| Other, including stocks, bonds, etc. | $ ___Ø___ |
| Retirement Accounts | $ ___Ø___ |

**TOTAL ASSETS:**                                                $ ___Ø___

**EXTRAORDINARY EXPENSES:** For example, unusual medical needs, financial hardship, costs of care of elderly or disabled family members. (Proof must be submitted.)

© Superior Court of Arizona in Maricopa County
August 13, 2007
ALL RIGHTS RESERVED
ADW

Page 3 of 4

GNF11f
Use current form

Case No. _____

| DESCRIPTION | AMOUNT |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| **TOTAL EXTRAORDINARY EXPENSES** | $ _____ |

**NOTE:** If you receive a deferral and have unpaid fees at the end of your case you will receive a Notice of Court Fees and Costs Due. This is to remind you that you may submit a supplemental application for further deferral or waiver if you believe you need more time to pay or cannot afford to pay your court fees and costs. The court will decide at that time whether or not you must pay. If you do not file a supplemental application, the original deferral order remains in effect and a consent judgment may be entered against you if you do not pay within thirty calendar days after entry of final judgment.

If your case is dismissed for any reason, the fees and costs are still due.

**CONSENT TO ENTRY OF JUDGMENT:** By signing this Application, I agree that a judgment may be entered against me for all fees and/or costs that are deferred but remain unpaid after thirty (30) calendar days after entry of final judgment. Judgment may be entered against me unless any one of the following applies:

A.  Fees and costs are taxed to another party;
B.  I have an established schedule of payments in effect and I am current with those payments;
C.  I filed a supplemental application for waiver of further deferral of fees and costs and ad decision by the court is pending;
D.  In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or
E.  Within twenty days of the date the court denies the supplemental application, I either:
   1.  Pay the fees and/or costs; or,
   2.  Request a hearing on the court's order denying waiver or further deferral. If I request a hearing, the court cannot enter the consent judgment unless a hearing is held, waiver or further deferral is denied and payment has not been made within the time prescribed by the court.

If you appeal the final decision in your case, a consent judgment for deferred fees and/or costs that remain unpaid in the lower court shall not be entered until after the appeals process is concluded.

## OATH OR AFFIRMATION

**The contents of this document are true and correct to the best of my knowledge and belief.**

2-27-09
Date

_____
Signature

FEB 2 7 2009

Tamara-K. Lewis
Printed Name

_____
Date Signed or Affirmed

_____
Judicial Officer, Deputy Clerk or Notary Public

My Commision Expires/Seal:

© Superior Court of Arizona in Maricopa County
August 13, 2007
ALL RIGHTS RESERVED
**ADW**

Page 4 of 4

GNF11f
Use current form

**Name of Person Filing Document:** NU HORIZON GROUP a Texas Limited Partnership
**Your Address:** 2736 WEST Cedarwood Lane
**Your City, State, and Zip Code:** Phoenix, AZ 85045
**Your Telephone Number:** (602) 301-3896
**Attorney Bar Number (if applicable):**
**Representing** ☑ Self (Without an Attorney) OR
**Attorney for** ☐ Petitioner OR ☐ Respondent

**FILED**
FEB 2 7 2009   PM 5:01
MICHAEL K. JEANES, Clerk
Judencia
Deputy

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

NU HORIZON GROUP a Texas Limited Partnership
Name of Petitioner/Plaintiff
: Steven : Lewis, : Tamara - K : Lewis husband & wife
AURORA LOAN SERVICES, LLC, and DOES
Name of Respondent/Defendant
1 to 10 Inclusive

**Case Number:** CV2009-006816

**AFFIDAVIT SUPPORTING DEFERRAL OR WAIVER OF SERVICE COSTS**

**STATE OF ARIZONA** )
) ss
**COUNTY OF MARICOPA** )

**STATEMENTS MADE TO THE COURT UNDER OATH OR AFFIRMATION. I swear or affirm that the information in this application is true and correct. I make this statement under the penalty of prosecution for perjury if it is determined that I did not tell the truth.**

I have requested a deferral or waiver of the following fees in my case:

☒ **Fees for service of process by a sheriff, marshal, constable, or law enforcement agency:** In support of my request, I state that (check and complete any that apply):

☐ I have attempted to obtain voluntary acceptance of service of process without success on the person to be served.

☑ It would be useless or dangerous for me to try to obtain voluntary acceptance of service by the person to be served because (explain):
_____
_____

☐ An enforceable injunction against harassment or order of protection has been granted to me against the person to be served.

© Superior Court of Arizona in Maricopa County
June 25, 2007
ALL RIGHTS RESERVED
ASA

Page 1 of 2

GNF21f
Use current form

Case No. _____.

**Fees for publication:** In support of my request, I state that I have attempted to locate the person to be served but I have been unable to locate that person **(check and complete any that apply)**:

☐   This is what I did to try to find the other party (explain):

_____
_____

☐   I have contacted the person(s) listed below to try to find the location of the other party.

| **NAME** | **ADDRESS** |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

### SIGNATURE UNDER PENALTY OF PERJURY

Today's Date: 2-27-2009        Signature: _____

Print Your Name: Tamara-K. Lewis

### INFORMATION FOR SERVICE

**You must provide the following information:**

To the best of my knowledge, as of (date) _____, the last known address of the person to be served was: _____.

(Street Address, City and State)

© Superior Court of Arizona in Maricopa County
June 25, 2007
ALL RIGHTS RESERVED
ASA

Page 2 of 2

GNF21f
Use current form

MICHAEL K. JEANES, CLERK
BY _____ DEP
$\mathcal{G}$. Dancia
FILED

09 FEB 27 PM 5:01

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

NU HORIZON GROUP a Texas limited Partnership
Name of Petitioner/Plaintiff

CV 2009-006816
Case Number: _____

: Steven : Lewis, : Tamara -K : Lewis husband
+ wife

**ORDER REGARDING DEFERRAL OR WAIVER OF COURT FEES AND COSTS AND NOTICE REGARDING CONSENT JUDGMENT**

AURORA LOAN SERVICES, LLC, and DOES 1 to
Name of Respondent/Defendant
10 Inclusive,

## THE COURT FINDS that the applicant (print name): _____ :

| 1. | ☐ | **IS NOT ELIGIBLE FOR A DEFERRAL** of fees and/or costs. |

**OR**

| 2. | ☑ | **IS ELIGIBLE FOR A DEFERRAL** of fees and costs based on financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment. |

**OR**

| 3. | ☐ | **IS ELIGIBLE FOR DEFERRAL** of fees and/or costs at the court's discretion. (A.R.S. §12-302(L)). |

**OR**

| 4. | ☐ | **IS ELIGIBLE FOR DEFERRAL** of fees and costs based on good cause shown. As required by state law, the applicant has signed a consent to entry of judgment. |

| 5. | ☐ | **IS ELIGIBLE FOR WAIVER** of fees and costs because the applicant is permanently unable to pay. |

| 6. | ☐ | **IS ELIGIBLE FOR WAIVER** of fees and costs at the court's discretion (A.R.S. §12-302(L)). |

| 7. | ☐ | **IS NOT ELIGIBLE FOR WAIVER** of fees and costs. |

## IT IS ORDERED:

| 1. | ☐ | **DEFERRAL DENIED** for the following reason(s): |
| | | ☐  The application is incomplete because _____ |

_____
_____
_____
_____
_____

© Superior Court of Arizona in Maricopa County
August 13, 2007
ALL RIGHTS RESERVED
ODF

Page 1 of 3

GNF18f
Use current form

Case No. _____

**You are encouraged to submit a complete application.**
☐   *The applicant does not meet the financial criteria for deferral because:*

_____

_____

_____

**A deferral MUST BE granted if the applicant is receiving public assistance benefits or has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and/or costs necessary to gain access to the court or if the applicant demonstrates other good cause.**

2.   ☑   **DEFERRAL GRANTED** for the following fees and/or costs in this court:
   ☑   Any or all filing fees; fees for the issuance of a summons and subpoena; fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.
   ☑   Fees for service of process by a sheriff, marshal, constable or law enforcement agency.
   ☐   Fees for service by publication.
   ☐   Filing fees and photocopy fees for the preparation of the record on appeal.
   ☐   Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

**IF A DEFERRAL IS GRANTED:**
☑   **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE**
☐   **SCHEDULE OF PAYMENTS**
   The applicant shall pay $_____ each _____ (week, month, etc.) until paid in full, beginning_____.

3.   ☐   **WAIVER DENIED** for all fees and/or costs of this case.

4.   ☐   **WAIVER GRANTED** for all fees and/or costs of this case that may be waived under A.R.S. §12-302(H).
   ☐   Any or all filing fees; fees for the issuance of a summons and subpoena; fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.
   ☐   Fees for service of process by a sheriff, marshal, constable or law enforcement agency.
   ☐   Fees for service by publication.
   ☐   Filing fees and photocopy fees for the preparation of the record on appeal.
   ☐   Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

5.   **RIGHT TO JUDICIAL REVIEW.** If the application is denied or a payment schedule set by a special commissioner, you may request the decision be reviewed by a judicial officer. The request must be made within twenty (20) days of the day the order was mailed or delivered to you. If a schedule of payments has been established, payments shall be suspended until a decision is made after the judicial review. The judicial review shall be held as soon as reasonably possible.

6.   **NOTICE REGARDING CONSENT JUDGMENT.** Unless any one of the following applies, a consent judgment shall be entered against the applicant for all fees and costs that are deferred and remain unpaid thirty (30) days after entry of final judgment.

© Superior Court of Arizona in Maricopa County
August 13, 2007
ALL RIGHTS RESERVED
ODF

GNF18f
Use current form



Case No. _____

A.  Fees and costs are taxed to another party;
B.  The applicant has an established schedule of payments in effect and is current with those payments;
C.  The applicant filed a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;
D.  In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or
E.  Within twenty days of the date the court denies the supplemental application, the applicant either:

    1.  Pays the fees and/or costs; or,

    2.  Requests a hearing on the court's order denying waiver or further deferral. If the applicant requests a hearing, the court cannot enter the consent judgment unless a hearing is held, further waiver or deferral is denied and payment has not been made within the time prescribed by the court.

If an appeal is taken, a consent judgment for deferred fees and/or costs that remain unpaid in the lower court shall not be entered until thirty (30) days after the appeals process is concluded. The procedures for notice of court fees and/or costs and for entry of a consent judgment continue to apply.

If a consent judgment is signed and the applicant pays the fees and/or costs in full, the court is required to comply with the provisions of A.R.S. 33-964(C).

7.  **DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES.** An applicant who is granted a deferral shall promptly notify the court of the change in financial circumstances during the pendency of the case that would affect the applicant's ability to pay court fees and/or costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

FEB 2 7 2009

DATED: _____

☐ Judicial Officer or ☐ Special Commissioner

© Superior Court of Arizona in Maricopa County
August 13, 2007
ALL RIGHTS RESERVED
**ODF**

Page 3 of 3

GNF18f
Use current form

EXHIBIT A
PAGE 28 OF 28